UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DION A. THOMPSON,

Petitioner,

v.    4:09-cv-144

DANNIE THOMPSON, Warden,
THE ATTORNEY GENERAL OF THE
STATE OF GEORGIA

Respondents.

## ORDER

The Court of Appeals has remanded this case to the Court, *sua sponte*, "for the limited purpose of determining when Dion A. Thompson's notice of appeal ... was delivered to prison officials for forwarding to the district court." Apparently, Petitioner dated his notice of appeal April 18, 2010 – exactly one day before the order and judgment he wishes to appeal were entered.

Regardless of the date it carries, notice of appeal is considered "filed with the district court" under Fed. R. App. P. 4(a)(1) "at the time [a] petitioner deliver[s] it to ... prison authorities for forwarding to the court clerk." *Houston v. Lack*, 487 U.S. 266, 276 (1988). Respondents are therefore ordered to present the Court with a copy of the prison log or other available evidence that sets forth the date on which Petitioner delivered his notice of appeal to prison officials for forwarding.

This 13th day of September 2010.

*B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA